UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
LIN KWOK KEUNG, :
:
Plaintiff, :  22-CV-3727 (JMF)
:
-v- :  ORDER
:
SPA FOR LIFE MCKENZIE, INC., d/b/a SPA FOR :
LIFE, and SZE KONG REALTY CORP, :
:
Defendants. :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    In light of Defendant's new motion to dismiss, *see* Docket No. 30, Defendant's earlier motion to dismiss filed at Docket No. 22 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **January 6, 2023**. Defendant's reply, if any, is due by **January 13, 2023**. Additionally, the conference (currently scheduled for January 19, 2023, *see* Docket No. 25) is ADJOURNED *sine die*.

    The Clerk of Court is directed to terminate Docket No. 22.

    SO ORDERED.

Dated: December 20, 2022
       New York, New York

                                                                    JESSE M. FURMAN
                                                              United States District Judge